## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

LEE YOUNG AND CHARLES J. MIKHAIL                                     PLAINTIFFS

VS.                                        CIVIL ACTION NO. 1:09-cv-00669-KS-MTP

RICHARD F. SCRUGGS, INDIVIDUALLY;
SMBD, INC., DIRECTLY AND AS SUCCESSOR
IN INTEREST TO SCRUGGS, MILLETTE BOZEMAN,
AND DENT A/K/A SMBD, AND AS SUCCESSOR IN
INTEREST TO SCRUGGS LEGAL, P.A.; AND
DOE DEFENDANTS 1-20                                                  DEFENDANTS

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Paul B. Watkins, of MAYO MALLETTE PLLC has been retained by Defendants Richard F. Scruggs and SMBD, Inc., (the "Scruggs Defendants"), and that he gives notice as counsel for the Scruggs Defendants and all parties in interest, of his request that all notices or pleadings given or required to be given in this case and all papers served or required to be served in this case be provided to and served upon him as follows:

> Paul B. Watkins, Esq.
> MAYO MALLETTE PLLC
> 2094 Old Taylor Road
> 5 University Office Park
> Post Office Box 1456
> Oxford, Mississippi 38655
> Telephone: (662) 236-0055
> Facsimile: (662) 236-0035
> *cmayo@mayomallette.com*

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices and papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions,

pleadings, requests and demands, whether formal or informal, whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph or otherwise.

THIS, the 3rd day of December, 2009.

> */s/ Paul B. Watkins*
> J. CAL MAYO, JR. (MB NO. 8492)
> POPE S. MALLETTE (MB NO. 9836)
> PAUL B. WATKINS (MB NO. 102348)
> *Attorneys for Defendants Richard F. Scruggs and SMBD, Inc.*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road
5 University Office Park
Post Office Box 1456
Oxford, Mississippi 38655
Telephone: (662) 236-0055

## CERTIFICATE OF SERVICE

      I, PAUL B. WATKINS, one of the attorneys for Defendants Richard F. Scruggs and SMBD, Inc., do certify that I have electronically filed the foregoing document with the Clerk of the Court using the ECF system, who forwarded a copy of same to the following:

James R. Reeves, Jr., Esq.
Matthew G. Mestayer, Esq.
P.O. Drawer 1388
Biloxi, Mississippi 39533

ATTORNEYS FOR PLAINTIFFS

THIS, the 3rd day of December, 2009.

                                                        */s/ Paul B. Watkins*
                                                        PAUL B. WATKINS