**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**LEE YOUNG AND CHARLES J. MIKHAIL**                                        **PLAINTIFFS**


**VERSUS**                                        **CIVIL ACTION NO. 1:09-cv-669KS-MTP**


**RICHARD F. SCRUGGS, INDIVIDUALLY;
SMBD, INC., DIRECTLY AND AS SUCCESSOR
IN INTEREST TO SCRUGGS, MILLETTE BOZEMAN,
AND DENT A/K/A SMBD, AND AS SUCCESSOR IN
INTEREST TO SCRUGGS LEGAL, P.A.; AND
DOE DEFENDANTS 1-20**                                        **DEFENDANTS**


<u>**JUDGMENT**</u>

This matter is before the court a Motion to Dismiss **[#13]** and a Supplemental

Motion to Dismiss **[#34]** filed on behalf of the defendants and on a variety of peripheral

motions concerning service of process, **[#s 25, 27 & 29]**.  The court, being fully advised

in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the the Motion to Dismiss **[#13]** and the Supplemental Motion to Dismiss

**[#34]** filed on behalf of the defendants is Granted to the extent that the plaintiffs' RICO

claims are dismissed with prejudice, that the plaintiffs' state law claims are dismissed

without prejudice and they are denied as to the service of process on defendant Richard

Scruggs;

That the motions relating to the service of process issues, **[#s 25, 27 & 29]**, are

denied as moot and that all other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 7th day of June, 2010.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE